IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

MICHAEL A. MOORE and
DEBORAH T. MOORE }
    Plaintiffs }
      v. }        1:10-CV-449
}
BAC HOMES LOANS SERVICING, LP }
    Defendant }

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by and through their undersigned counsel, hereby give Notice of Voluntary

Dismissal Without Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), and

respectfully submits the following information to this Honorable Court:

1. Defendant BAC Home Loans Servicing, L.P. has not responded to the complaint in

    the above captioned matter with an answer.

2. Defendant BAC Home Loans Servicing, L.P. has not filed a Motion for Summary

    Judgment in the above captioned matter.

This the 29th day of July, 2010.

Daron D. Satterfield
Nichols and Satterfield, PLLC
3708 Lyckan Parkway, Suite 106
Durham, NC 27707
(919) 489-9177
(919) 489-9175 fax
daron@nicholsandsatterfieldpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was served on:

Megan Miller
Hunton & Williams LLP
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, NC 28280

[ ]  Hand Delivery

[ ]  Depositing with the Sheriff of Durham County, with proper fees, for service

[X]  U.S Mail, First Class, postage pre-paid and enclosed in a proper wrapper.

[ ]  U.S. Mail, First Class, registered and certified, postage pre-paid.

This the 29th day of July, 2010.

Daron D. Satterfield
Attorney for Plaintiff
3708 Lyckan Parkway, Suite 106
Durham, NC 27707
(919) 489-9177
(919) 489-9175 fax
daron@nicholsandsatterfieldpllc.com